UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JAMES THOMPSON** | **CIVIL ACTION NO.:1:17-CV-00982** |
| **VERSUS** | **JUDGE DEE DRELL** |
| **KENNETH HEDRICK, INDIVIDUALLY AND AS SHERIFF OF CONCORDIA PARISH, CONCORDIA PARISH DEPUTY SHERIFF BROWN, CONCORDIA PARISH DEPUTY SHERIFF BROCK, CONCORDIA PARISH DEPUTY SHERIFF DEBORAH TOWAN, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS DEPUTY SHERIFFS FOR THE CONCORDIA PARISH SHERIFF'S DEPARTMENT** | **MAGISTRATE JOSEPH PEREZ-MONTES** |

## MOTION TO FILE FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes **JAMES THOMPSON**, a resident of and domiciled in the Parish of Rapides, State of Louisiana, to wit:

1.

Plaintiff, **JAMES THOMPSON**, prays that he be allowed to file the attached First Supplemental and Amending Petition for Damages.

2.

Defendants have no opposition to the filing of the First Supplemental and Amending Petition.

**WHEREFORE**, **PLAINTIFF**, **JAMES THOMPSON**, prays that he be allowed to file the attached First Supplemental and Amending Petition for Damages.

Respectfully submitted,

**LAW OFFICES OF MALCOLM X. LARVADAIN**

By: <u>s/Malcolm X. Larvadain</u>
Malcolm X. Larvadain, La. Bar #26,066
**ATTORNEY FOR PLAINTIFF**
626 Eighth Street
Alexandria, Louisiana 71301
TEL. (318) 445-3533
FAX. (318) 445-4030

## **CERTIFICATE**

I hereby certify that on December 11, 2018, a copy of the foregoing "Motion to Amend and Order and First Supplemental and Amending Petition" was filed with the Clerk of Court and a copy of same was forwarded to all counsel of record by electronic mail via the CM/ECF system.

s/Malcolm X. Larvadain
Malcolm X. Larvadain

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JAMES THOMPSON** | **CIVIL ACTION NO.:1:17-CV-00982** |
| **VERSUS** | **JUDGE DEE DRELL** |
| **KENNETH HEDRICK, INDIVIDUALLY AND AS SHERIFF OF CONCORDIA PARISH, CONCORDIA PARISH DEPUTY SHERIFF BROWN, CONCORDIA PARISH DEPUTY SHERIFF BROCK, CONCORDIA PARISH DEPUTY SHERIFF DEBORAH TOWAN, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS DEPUTY SHERIFFS FOR THE CONCORDIA PARISH SHERIFF'S DEPARTMENT** | **MAGISTRATE JOSEPH PEREZ-MONTES** |

**O R D E R**

**CONSIDERING THE FOREGOING:**

    **IT IS ORDERED** that the above and foregoing First Supplemental and Amending Petition be amended as prayed for herein.

    Alexandria, Louisiana, this _____ day of _____, 2018.

_____
**JUDGE**