RECEIVED
JUL 10 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES THOMPSON, Plaintiff | CIVIL ACTION NO. 1:17-CV-00982 |
| VERSUS | JUDGE DRELL |
| KENNETH HEDRICK, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Rule 12(b)(6) motions to dismiss (Docs. 22 and 36) are GRANTED IN PART and DENIED IN PART as follows:

Thompson's claim for relief against Defendants in their individual and official capacities under § 1983 are DISMISSED WITH PREJUDICE. Thompson's claims against Brown and Brock are also DISMISSED WITH PREJUDICE as they are entitled to qualified immunity.

Defendants' motion to dismiss Thompson's state law tort claims against Sheriff Hedrick is DENIED as Sheriff Hedrick is subject to vicarious liability under state law. However, the court declines to exercise supplemental jurisdiction over these claims as all of his federal claims have been dismissed.

Accordingly, Thompson's state law claims are DISMISSED WITHOUT PREJUDICE.

SIGNED on this 9th day of July, 2019, at Alexandria, Louisiana.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT